PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff
BRITTNEY MEJICO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENESCO INC., a Tennessee corporation; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-01854 -FMO-SHK<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Action Filed: September 8, 2020<br>Action Removed: September 8, 2020<br>FAC Filed: August 31, 2020 |

NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of the date of this Notice.

Dated: October 2, 2020           PACIFIC TRIAL ATTORNEYS

                                 By: */s/ Scott J. Ferrell*
                                     Scott J. Ferrell
                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.